THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH TRAHAN,<br><br>Defendant. | CASE NO. CR11-0343-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Kenneth Trahan's motion to modify his appearance bond (Dkt. No. 126). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

Defendant is currently on appearance bond pending disposition for a series of supervised release violations. (Dkt. No. 126 at 1–2.) Special conditions of his bond imposed on May 17, 2018 include GPS location monitoring and home confinement. (*Id*.) At a May 22, 2018 hearing, Defendant admitted the violations, and the Court set over the final hearing on revocation for August 21, 2018 while Defendant participates in outpatient treatment. (*Id*. at 2.) Defendant now moves the Court to lift the GPS monitoring requirement to allow him more flexibility in work placements and family duties during the interim three month period. (*Id*.) In the alternative, Defendant asks the Court to reduce his supervision to simple location monitoring or curfew. (*Id*.)

The Government and the U.S. Probation Office oppose the motion. (Dkt. No. 127 at 2.) They argue the conditions in place address Defendant's prior unwillingness to cooperate with his Probation Officer, will assist Defendant in refraining from drug use, and do not significantly hamper his ability to work or attend to family needs. (*Id*.)

The Court considers the goals of keeping Defendant drug free, in contact with his Probation Officer, and productively employed during the period before his final revocation hearing and finds that this balance favors modification. Accordingly, the Court ORDERS that Defendant's bond conditions be modified to remove home confinement and impose simple GPS location monitoring.

DATED this 14th day of June 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE