UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0343-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KENNETH TRAHAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court has ordered that conditions of Defendant Kenneth Trahan's appearance bond be modified to remove the home confinement condition and impose simple GPS location monitoring. (Dkt. No. 128 at 2.) In accordance with this order, the Court further directs that Defendant shall comply with the Stand Alone Monitoring component of the Location Monitoring Program. Defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. Defendant shall abide by all program requirements and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

//

1     DATED this 14th day of June 2018.

2                              William M. McCool

3                              Clerk of Court

4                              s/Tomas Hernandez

                             Deputy Clerk